**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15313 |
| Kevin J Cammack | § | Chapter 7 |
| Stacy L Cammack | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date:       4/26/2013
Time:       9:15 a.m.
Location:   Joliet City Hall
            Second Floor
            150 West Jefferson Street
            Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 3/25/2013          By:   /s/ Joji Takada
                                           Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Kevin J Cammack § Case No. 12-15313
Stacy L Cammack §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,294.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 13,294.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,079.40 | $ 0.00 | $ 2,079.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,079.40 |
| Remaining Balance | $ 11,214.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,909.78  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  35.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | $ 400.00 | $ 0.00 | $ 140.58 |
| 2 | American Infosource Lp As Agent for Target | $ 2,294.09 | $ 0.00 | $ 806.25 |
| 3 | Capital One Bank (Usa) Na | $ 674.87 | $ 0.00 | $ 237.18 |
| 4 | N. A. Capital One | $ 849.28 | $ 0.00 | $ 298.48 |
| 5 | Employers Preferred Insurance Company | $ 2,443.84 | $ 0.00 | $ 858.88 |
| 6 | N. A. Citibank | $ 858.32 | $ 0.00 | $ 301.65 |
| 7 | Portfolio Recovery Associates, Llc | $ 24,389.38 | $ 0.00 | $ 8,571.58 |

Total to be paid to timely general unsecured creditors        $    11,214.60

Remaining Balance                                            $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                           Case No. 12-15313-BWB
Kevin J Cammack                                                  Chapter 7
Stacy L Cammack
         Debtors
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 3                  Date Rcvd: Mar 26, 2013
                              Form ID: pdf006            Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2013.
db/jdb       +Kevin J Cammack,    Stacy L Cammack,    16737 W. 146th Pl.,    Lockport, IL 60441-2349
18777725     +ADP,    1851 N. resler Dr.,    El Paso, TX 79912-8023
18777727     +Ashland Chemical,    50 E. RiverCenter Blvd.,    Covington, KY 41011-1683
18777728     +Bac/fleet-bkcard,    Po Box 17054,    Wilmington, DE 19850-7054
18777729     +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18777730     +Bank One,    Po Box 71,    Phoenix, AZ 85001-0071
18777731     +Benefit Administrative Systems,    17475 Jovanna Dr.,    Suite 1B,    Homewood, IL 60430-1065
19681829      Capital One Bank (USA) NA,    by American InfoSource LP,    PO Box 71083,
               Charlotte, NC 28272-1083
19807173      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18777732     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18777733     +Central Illinois Radiological Assoc,    PO Box 1259,    Dept#88680,    Oaks, PA 19456-1259
18777734     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18777735     +Chicago Christian Counseling,    15127 S. 73rd Ave.,    Suite G,    Orland Park, IL 60462-5427
18777736     +Chrysler Credit/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
               Jacksonville, FL 32255-1080
18777737     +Citi,    CitiCorps Credit Services/Attention: Cen,    Po Box 20503,    Kansas City, MO 64195-0503
18777738     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18777739     +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
               Kansas City, MO 64195-0363
18777740     +EM Strategies LTD,    PO Box 366,    Hinsdale, IL 60522-0366
19828504     +EMPLOYERS PREFERRED INSURANCE COMPANY,    Attn: Marge Chambers,    255 California Street,Suite 900,
               San Francisco, CA 94111-4920
18777741     +Fidelity Bank,    100 E English St,    Wichita, KS 67202-3759
18777746     +Harris N.a.,    Bmo-Harris Bank/Attention: Legal Service,    1100 W. Monroe 421 E,
               Chicago, IL 60607-2507
18777747     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18777748     +Hsbc Nv,    Attention: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18777749     +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
18777750     +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
18777751     +Hsbc/wicks,    Hsbc Card Services,    Po Box 5226,    Carol Stream, IL 60197-5226
18777754     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
18777755     +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18777756     +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
18777758     +New Century Mortgage C/Carrington,    Attention: Bankruptcy,    Po Box 54285,
               Irvine, CA 92619-4285
19935343     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
18777760     +Palos Community Hospital,    12251 S. 80th Ave.,    Palos Heights, IL 60463-0930
18777762     +Sherwin Williams Co.,    20210 N. LaGrange Rd.,    Frankfort, IL 60423-1338
18777764     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
               Minneapolis, MN 55440-9475
18777765     +Torres Credit Services,    27 Fairview,    Carlisle, PA 17015-3200
18777766     +Union Acceptance,    6051 El Tordo,    P.O. Box 9876,    Rancho Santa Fe, CA 92067-4876
18777767     +Union Acceptance Corp,    4315 Pickett Rd,    St Josephs, MO 64503-1600
18777768     +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
18777769     +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
18777770     +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
18777771     +Wfnnb/dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
18777772     +Wfnnb/harlem,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
18777773     +Wfnnb/harlem Furniture,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18777726     +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2013 02:31:02     ALLY Automotive Financing,
               P. O. Box 380901,    Minneapolis, MN 55438-0901
19660279      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2013 02:46:08
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
19917930      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2013 02:44:41     Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
19621535      E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2013 02:46:16     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18777743     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:43:08     GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18777742     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:40:42     Gecrb/discount Tire,
               Po Box 981439,    El Paso, TX 79998-1439
18777744     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:43:09     Gemb/la Weight Loss,
               Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18777745     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:40:42     Gemb/walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
18777753     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 27 2013 02:28:01     Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3             Date Rcvd: Mar 26, 2013
                              Form ID: pdf006            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18777757     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 27 2013 02:50:49      NCO Financial Systems,
              PO Box 17196,    Baltimore, MD 21297-1196
18777759     +E-mail/Text: bankrup@aglresources.com Mar 27 2013 02:27:27      Nicor Gas,
              Attention:  Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
18777763      E-mail/PDF: cbp@slfs.com Mar 27 2013 02:45:59      Springleaf Financial Services,
              Attention: Bankruptcy Department,    601 Nw 2nd St.,    Evansville, IN 47708
18777761     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:40:42      Sams Club / GEMB,
              Attention:  Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18777752    ##+Irwin Mortgage Corp,   Po Box 3084,   Visalia, CA 93278-3084
                                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2013**                **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Mar 26, 2013
                              Form ID: pdf006            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2013 at the address(es) listed below:

          Frank L Vosholler, III    on behalf of Debtor Kevin J Cammack flv@frankvlaw.com,   flv@frankvlaw.com
          Frank L Vosholler, III    on behalf of Joint Debtor Stacy L Cammack flv@frankvlaw.com,
           flv@frankvlaw.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                               TOTAL: 5