UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Kevin J Cammack § Case No. 12-15313
Stacy L Cammack §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4) This case was originally filed under chapter   on            . The case was pending for    months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____        By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                    Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Infosource Lp As Agent for Target | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (Usa) Na | | | | | |
| 5 | Employers Preferred Insurance Company | | | | | |
| 4 | N. A. Capital One | | | | | |
| 6 | N. A. Citibank | | | | | |
| 1 | Portfolio Investments II LLC | | | | | |
| 7 | Portfolio Recovery Associates, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-15313 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Kevin J Cammack | | | | Date Filed (f) or Converted (c): | 04/16/2012 (f) |
| | Stacy L Cammack | | | | 341(a) Meeting Date: | 05/09/2012 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 01/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account At Mb Financial | 500.00 | 0.00 | | 0.00 | FA |
| 2. All Household Goods In Debtors' Residence. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Books, Frames And Other Knick Knacks. | 350.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Universal Life Insurance Policy Through State Farm | 2,370.00 | 0.00 | | 0.00 | FA |
| 6. 401K | 12,000.00 | 0.00 | | 0.00 | FA |
| 7. Ira | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Tax Refund Recieved $2500 In March 2012. Money Used For | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Chrysler Sebring With 50000 Miles. Value Based On Kbb.C | 7,755.00 | 6,355.00 | | 0.00 | FA |
| 10. 2008 Chevy Malibu With 100000 Miles. Value Based On Kbb.Com | 7,040.00 | 7,040.00 | | 0.00 | FA |
| 11. 1990 Rexall Airex Trailer Value Based On Comps Of Same Age A | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury Claim | 28,000.00 | 0.00 | | 13,294.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $64,815.00 | $13,395.00 | | $13,294.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

013013--Administering undisclosed personal injury settlement; Funds received; Debtor's counsel promptly contacted Trustee of receipt of proceeds and amended schedules regarding same.

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-15313 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kevin J Cammack | Bank Name: Congressional Bank |
| Stacy L Cammack | Account Number/CD#: XXXXXX8720 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9645 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/12 | 12 | Kevin Cammack | Non-exempt funds Personal injury settlement | 1142-000 | $13,294.00 | | $13,294.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8007 | Transfer of Funds | 9999-000 | | $13,294.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,294.00 | $13,294.00 |
| Less: Bank Transfers/CD's | $0.00 | $13,294.00 |
| Subtotal | $13,294.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,294.00 | $0.00 |

Page Subtotals:    $13,294.00    $13,294.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-15313 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Kevin J Cammack | Bank Name: The Bank of New York Mellon | |
| Stacy L Cammack | Account Number/CD#: XXXXXX8007 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9645 | Blanket Bond (per case limit): | |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8720 | Transfer of Funds | 9999-000 | $13,294.00 | | $13,294.00 |
| 04/30/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,079.40 | $11,214.60 |
| 04/30/13 | 100002 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution to claim 1 representing a payment of 35.14 % per court order. | 7100-003 | | $140.58 | $11,074.02 |
| 04/30/13 | 100003 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final distribution to claim 2 representing a payment of 35.14 % per court order. | 7100-000 | | $806.25 | $10,267.77 |
| 04/30/13 | 100004 | Capital One Bank (Usa) Na<br>By American Infosource Lp<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 35.14 % per court order. | 7100-000 | | $237.18 | $10,030.59 |
| 04/30/13 | 100005 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 35.14 % per court order. | 7100-000 | | $298.48 | $9,732.11 |
| 04/30/13 | 100006 | Employers Preferred Insurance Company<br>Attn: Marge Chambers<br>255 California Street,Suite 900<br>San Francisco, Ca 94111 | Final distribution to claim 5 representing a payment of 35.14 % per court order. | 7100-000 | | $858.88 | $8,873.23 |
| 04/30/13 | 100007 | N. A. Citibank<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution to claim 6 representing a payment of 35.14 % per court order. | 7100-000 | | $301.65 | $8,571.58 |
| 04/30/13 | 100008 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 7 representing a payment of 35.14 % per court order. | 7100-000 | | $8,571.58 | $0.00 |

Page Subtotals: $13,294.00  $13,294.00

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-15313  
Case Name: Kevin J Cammack  
Stacy L Cammack  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8007  
Checking  

Taxpayer ID No: XX-XXX9645  
For Period Ending: 11/12/2013  

Blanket Bond (per case limit):  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/13 | 100002 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution to claim 1 representing a payment of 35.14 % per court order. Reversal Original claimant transferred/sold claim to third-party. Original distribution check not cashed within 90-days of issuance. Check reissued payable to third-party transferee. | 7100-003 | | ($140.58) | $140.58 |
| 08/05/13 | 100005 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 35.14 % per court order. Reversal | 7100-000 | | ($298.48) | $439.06 |
| 08/05/13 | 100009 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $140.58 | $298.48 |
| 08/05/13 | 100010 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. Payee did not receive original check. Original check was not cashed, and therefore a stop payment was entered. Payee was issued new check for same amount. | 7100-000 | | $298.48 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,294.00 | $13,294.00 |
| Less: Bank Transfers/CD's | $13,294.00 | $0.00 |
| Subtotal | $0.00 | $13,294.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $13,294.00 |

Page Subtotals: $0.00  $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX8007 - Checking | $0.00 | $13,294.00 | $0.00 |
| XXXXXX8720 - Checking Account | $13,294.00 | $0.00 | $0.00 |
| | $13,294.00 | $13,294.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,294.00 |
| Total Gross Receipts: | $13,294.00 |

Page Subtotals: $0.00 $0.00